

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE TEXAS, | § | No. 08-24-00322-CR |
| Appellant, | § | Appeal from the |
| v. | § | 327th District Court |
| KEVIN ROBLES, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20230D00779) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED this 31st day of July 2025.


LISA J. SOTO, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.